UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FV-1, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-0455 |
| ) | |
| ) | Judge Campbell |
| COMMONWEALTH LAND TITLE INSURANCE ) | |
| COMPANY, et al. ) | |
| ) | |
| Defendants. | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on April 10, 2015.

KEITH THROCKMORTON, CLERK

s/ Hannah B. Blaney