IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FV-1, INC. IN TRUST FOR MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS, LLC | ) ) ) |
| v. | ) NO. 3-14-0455 ) JUDGE CAMPBELL ) |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, et al. | ) ) |

ORDER

The parties have filed a Joint Stipulation to Withdraw Pending Post-Judgment Motions (Docket No. 51). Accordingly, Plaintiff's Motion for Leave to Prove Breach of Contract Damages and for Reconsideration of the Dismissal of its Bad Faith Claims (Docket No. 46), Defendant's Motion for Reconsideration (Docket No. 48), and Plaintiff's Motion to Strike Commonwealth's Motion for Reconsideration (Docket No. 50) are DENIED with prejudice as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE